JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLES CUPCAKES, INC., | CV 08–5349 PA (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FAMOUS CUPCAKES, INC., | |
| Defendant. | |

In accordance with the Court's February 23, 2009 order granting plaintiff Sprinkles Cupcakes, Inc.'s ("Plaintiff") motion for default judgment against defendant Famous Cupcakes, Inc., it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff shall have judgment in its favor on all of Plaintiff's claims;

2. Plaintiff is entitled to injunctive relief as described in the attached permanent injunction;

2. Plaintiff shall recover its costs of suit.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: February 23, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE