**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLES CUPCAKES, INC., | CV 08–5349 PA (PJWx) |
| Plaintiff, | PERMANENT INJUNCTION |
| v. | |
| FAMOUS CUPCAKES, INC., | |
| Defendant. | |

In accordance with the Court's February 23, 2009 order granting plaintiff Sprinkles Cupcake, Inc.'s ("Plaintiff") motion for default judgment,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

Defendant Famous Cupcakes, Inc. ("Defendant"), its agents, partners, servants, or employees, or any others acting in participation with Defendant, are hereby permanently enjoined from:

1. Using directly or indirectly, in connection with any goods, services or commercial activities, Plaintiff's Modern Dot design, or any other trademark, service mark, or trade name that imitates or simulates, or is otherwise confusingly similar to the Modern Dot design;

2. Using any false designations of origin or false description or representation or

doing any other acts or things calculated or likely to cause confusion or mistake in the mind of the trade or the public, or cause dilution of the Modern Dot design, or to deceive the trade or the public into believing that Defendant's activities are in any way sponsored, licensed or authorized by, or affiliated or connected with, Plaintiff;

    3.    Using the Modern Dot design on Defendant's Website or on any other form or type of electronic media;

    4.    Using the Modern Dot design in any of Defendant's retail stores, decor, vehicles, or in anything related to the operation of its retail stores;

    5.    Using the Modern Dot design in any way, form, or manner in connection with Defendant's commercial activities; and

    6.    Destroying, modifying, defacing, or concealing any evidence of illegal or unlawful use of the Modern Dot design.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: February 23, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE